No. 99–1083.  HULL v. FALLON ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–1086.  D'ANNUNZIO ET VIR v. BAYLOR UNIVERSITY. C. A. 5th Cir.  Certiorari denied.

No. 99–1088.  BRYAN R. v. WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK ET AL.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 99–1092.  TAYLOR ET AL. v. VIRGINIA UNION UNIVERSITY. C. A. 4th Cir.  Certiorari denied.

No. 99–1093.  REZZONICO ET UX. v. H & R BLOCK, INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 99–1106.  BASTIAN ET AL. v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, AFL–CIO, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–1109.  EIMERS v. NEW YORK.  County Ct., Chautauqua County, N. Y.  Certiorari denied.

No. 99–1111.  SEMPLE, ADMINISTRATOR OF THE ESTATE OF SEMPLE, DECEASED, ET AL. v. CITY OF MOUNDSVILLE.  C. A. 4th Cir.  Certiorari denied.

No. 99–1114.  DICK v. COMMERCE BANCSHARES, INC., ET AL. App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 99–1122.  SOTO-RIVERA v. SANTIAGO-GUADARRAMA, SCHOOL SUPERINTENDENT, RIO PIEDRAS I DISTRICT, ET AL. C. A. 1st Cir.  Certiorari denied.

No. 99–1135.  CHAPPELL, IN INTEREST OF A. M. K. v. MEESE ET AL.  Ct. App. Colo.  Certiorari denied.

No. 99–1141.  FERM v. UNITED STATES TRUSTEE.  C. A. 9th Cir.  Certiorari denied.

No. 99–1142.  ELECTRONIC DATA SYSTEMS ET AL. v. SPOSATO, ADMINISTRATOR OF THE ESTATE OF SPOSATO, DECEASED.  C. A. 9th Cir.  Certiorari denied.